**UNITED STATES of America, Plaintiff–Appellee**

v.

**Carlos CARMONA, also known as Kid, Defendant–Appellant**

**No. 15–41028**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 07/07/2016

Ernest Gonzalez, Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee

Carlos Carmona, Pro Se

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Carlos Carmona has moved for leave to withdraw and has filed a brief in accor-

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Carmona has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Carmona's claim of ineffective assistance of counsel; we therefore decline to consider the issue without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Carmona's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Carmona's motion for appointment of counsel is DENIED as untimely. *See United States v. Wagner,* 158 F.3d 901, 902–03 (5th Cir. 1998).